# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0305. DONALD H. GAMBLE, JR. v. GREGORY MCLAUGHLIN, WARDEN.

In 2008, Donald H. Gamble, Jr., was convicted of malice murder and other crimes.[1] Gamble subsequently filed a petition for a writ of habeas corpus, which the superior court denied, and Gamble appealed to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office,*
Atlanta,  10/06/2017
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The Supreme Court affirmed in part and vacated in part the judgment. *Gamble v. State*, 291 Ga. 581 (731 SE2d 758) (2012).